JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN LYDELL DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. POLWART, et al.,<br><br>　　　　Defendants. | No. CV 17-5486-DDP (AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that this action is dismissed without prejudice.

Dated: 1/30/18

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dean D. Pregerson
　　　　　　　　　　　　　　　　　　United States District Judge